# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No.  06-00043-01-CR-W-HFS |
| ) | |
| THOMAS THRASHER, ) | |
| ) | |
| Defendant . ) | |

## REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Defendant was previously committed to the custody of the Attorney General for four months under the provisions of Title 18 U.S.C. § 4241(d).

After a forensic report was received, this matter was called for a competency hearing. The defendant was present personally and with counsel Larry Pace, Assistant Federal Public Defender.  The United States was represented by Douglas Bunch, Assistant United States Attorney.  The forensic report was admitted into evidence and no further evidence was presented. The conclusion reached by the mental health professionals, as stated on page 6, wherein Doctor Preston concluded that

> Based on the above information, it is my opinion that Mr. Thrasher is competent to proceed.  He is able to understand the nature and potential consequences of the proceedings against him and assist properly in his defense.  He appears capable of disclosing appropriate information to his attorney, considering various courses of action, providing relevant testimony if necessary, and making decisions following consultations with his attorney.  At the present time, the symptoms of his mental illness appear to be adequately controlled with psychiatric medication and do not appear to impair his competency-related abilities.

It is therefore

      RECOMMENDED that the defendant be declared competent to stand trial.


                                              /s/ James C. England
                                    **JAMES C. ENGLAND, CHIEF**
                                    **UNITED STATES MAGISTRATE JUDGE**


Date: October 19, 2007