# IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MISSOURI WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 06-00043-01-CR-W-HFS |
| | ) | |
| THOMAS THRASHER, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

The United States Magistrate Judge has filed a Report and Recommendation that the defendant be declared competent to stand trial. No objections have been filed. It is therefore

ORDERED that the defendant be declared competent to stand trial.

/s/ Howard F. Sachs
**HOWARD F. SACHS**
**SENIOR UNITED STATES DISTRICT JUDGE**

Date: November 9, 2007

Kansas City, MO